IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

CARLTON REMBERT,

Defendant.

CRIMINAL ACTION
NO. 21-247

**ORDER**

**AND NOW**, this 6th day of June 2024, upon consideration of Defendant's Motion for a New Trial and a Judgment of Acquittal (Doc. No. 205), the Government's Response in Opposition (Doc. No. 218), Defendant's Reply (Doc. No. 219), and in accordance with the Opinion of the Court issued on this date, it is **ORDERED** that Defendant's Motion for a New Trial and a Judgment of Acquittal (Doc. No. 205) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.