IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
v. :
: No. 24-247-02
CARLTON REMBERT
(BAIL)

## NOTICE OF SENTENCING

**TAKE NOTICE** that the above captioned matter is scheduled for **SENTENCING** on **October 9, 2024** at **2:30 p.m.** before the Honorable Joel H. Slomsky in Courtroom 13A, 13th floor of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☒ **Hearing rescheduled from:** 6/6/2024

For additional information, please contact the undersigned.

By: Kelly Ann Haggerty
Courtroom Deputy to J. Joel H. Slomsky
Phone: 267.299-7341

Date: 9/9/2024

cc via email: MATTHEW DAVID LEE, ESQ.
TIWANA L. WRIGHT, AUSA
U.S. Marshal
Probation Office
Pretrial Services
Interpreter Coordinator

crnotice (July 2021)